DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

HEATHER DANIELLE HAGEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D23-519

————————————————

December 27, 2023

Appeal from the Circuit Court for Sarasota County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

　　Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.